UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| GUADALUPE R. MEYER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05-cv-512 |
| ) | |
| v. ) | Honorable Richard Alan Enslen |
| ) | |
| MICHIGAN PAROLE BOARD, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | |
| _____) | |

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. This action originally was filed in the Eastern District of Michigan, but was transferred because venue is proper in this Court. On September 14, 2005, the Court entered an order denying Plaintiff leave to proceed *in forma pauperis* because she has "three strikes" within the meaning of 28 U.S.C. § 1915(g). The Court has since discovered that Plaintiff paid the full civil action filing fee upon filing her case in the Eastern District.

**THEREFORE, IT IS HEREBY ORDERED** that the Order of September 14, 2005 (Dkt. No. 18) is **VACATED**.

DATED in Kalamazoo, MI:            /s/ Richard Alan Enslen
     October 19, 2005              RICHARD ALAN ENSLEN
                                   SENIOR UNITED STATES DISTRICT JUDGE